Court Of Appeals
Fourth Court of Appeals District of Texas



# MEMORANDUM OPINION

No. 04-09-00287-CV

Mae Y.H. **LOCK** and Mary Ann Ige,
Appellants

v.

**RSL HAVEN SAN ANTONIO, LTD.**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-05380
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:　　Karen Angelini, Justice
　　　　　　Sandee Bryan Marion, Justice
　　　　　　Phylis J. Speedlin, Justice

Delivered and Filed:　June 24, 2009

DISMISSED

Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of

service to appellee, which has not opposed the motion. Therefore, we grant the motion and dismiss

the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellants. *See id*. 42.1(d).

PER CURIAM